MCGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR.S-01-421 FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER TO DISMISS INDICTMENT |
| SAMVEL AVETISIAN, ) | AND ARREST WARRANT FILED |
| ) | AGAINST DEFENDANT SAMVEL AVETISIAN |
| Defendant. ) | |
| _____) | |

   Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment and arrest warrant in the above-captioned action filed on September 13, 2001.  Since filing the indictment, the government has not been able to locate the defendant and has come to believe that he fled the United States no later than 2003.  In the meantime, the government has lost significant evidence and the potential to secure witness testimony necessary for prosecution. Accordingly, the government is not able to proceed with the

prosecution and submits this motion to dismiss the indictment and arrest warrant filed against defendant Samvel Avetisian.

DATED:  December 24, 2008                MCGREGOR W. SCOTT
                                         United States Attorney


                                    By:  /s/ Laura L. Ferris
                                         LAURA L. FERRIS
                                         Assistant U.S. Attorney


**ORDER**

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment and arrest warrant filed against defendant Samvel Avetisian on September 13, 2001, be and are hereby dismissed.

**IT IS SO ORDERED.**

DATED: December 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE